# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| ***ex rel.* AARON SHILOH, M.D., FSIR** | : | |
| *Plaintiff* | : | **NO. 18-5458** |
| | : | |
| **v.** | : | |
| | : | |
| **PHILADELPHIA VASCULAR** | : | |
| **INSTITUTE LLC, *et al.*** | : | |
| *Defendants* | : | |

# ORDER

 **AND NOW**, this 29th day of March 2024, upon consideration of the Defendants' *motion to dismiss complaint in intervention*, (ECF 36), the Government's response in opposition, (ECF 40), Defendants' reply, (ECF 41), and the allegations in the complaint, (ECF 32), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opining, the motion to dismiss is **DENIED**.

        **BY THE COURT:**

        /s/ *Nitza I. Quiñones Alejandro*
        **NITZA I. QUIÑONES ALEJANDRO**
        *Judge, United States District Court*