**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| *ex rel.* **AARON SHILOH, M.D., FSIR,** | : | |
| *Plaintiff,* | : | |
| | : | **NO. 18-5458** |
| **v.** | : | |
| | : | |
| **PHILADELPHIA VASCULAR** | : | |
| **INSTITUTE LLC,** *et al.,* | : | |
| *Defendants.* | : | |

**ORDER**

**AND NOW**, this 12th day of June 2026, upon consideration of Defendants James McGuckin and the corporate entities'[1], (collectively, "Defendants"), *motion to quash the writs of attachment,* (ECF 102), the United States of America's, (the "Government"), response in opposition thereto, (ECF 108), Defendants' reply, (ECF 110), and the evidence presented at the hearing held on June 4, 2026, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion to quash is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1]    Corporate entities Defendants are:  Philadelphia Vascular Institute, LLC, Pennsylvania Vascular Institute, PC, Lehigh Valley Vascular Institute LLC, PA Vascular Institute LLC, Peripheral Vascular Institute of Philadelphia, LLC, and Main Line Vascular Institute LLC.