**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, *ex rel.* AARON SHILOH, M.D., FSIR** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | **NO. 18-5458** |
| **v.** | : | |
| | : | |
| **PHILADELPHIA VASCULAR INSTITUTE LLC, *et al.*,** | : | |
| *Defendants.* | : | |

**ORDER**

**AND NOW**, this 23rd day of September 2026, upon consideration of the United States of America's, (the "Government"), *motion to compel the production of documents and for sanctions*, (ECF 69), Defendant James McGuckin's, ("Defendant McGuckin"), *pro se* response in opposition, (ECF 71), the Government's reply, (ECF 72), and Defendant McGuckin's counseled *sur*-reply, (ECF 90), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the Government's motion is **GRANTED**, *in part*. Accordingly, within 30 days of the date of this Order and to the extent that Defendant McGuckin has not already provided the discovery:

1. Defendant McGuckin shall produce full and complete copies of the "non-VAC Entities" patient files requested by the Government, as that term is used in the Memorandum Opinion,
2. Defendant McGuckin shall produce all records requested by the Government regarding the collection and/or waiver of patient copayments related to "non-VAC Entities" patients, as that term is used in the Memorandum Opinion

It is further **ORDERED** that the Government's motion is **DENIED** as to the Government's requests to compel the discovery of other materials and for sanctions.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*